:

L. Steven Goldblatt SBN 90674
Goldblatt Law Firm
22 Martin Street
Gilroy, CA 95020

Attorney for Defendant Gong

UNITED STATES DISTRICT COURT FOR THE

CENTRAL COUNTY OF CALIFORNIUNITED

| UNITED STATES | Case No.  18 CR 335 (20) AB |
|---|---|
| Plaintiff | STATUS CINFERENCE STATEEMNT OF GONGS |
| vs. | APRIL 3, 2020 COURTROOM 5 a |
| WEI CHAN GONG A/K/A RAY GONG | |
| Defendant | |

1

## I PROCEDURAL STATUS

THIS IS AN COMPLEX CRIMINAL CASE IN WHICH DEFENDANT Wenchang Gong is charged with 18 U.S.C. Sec. 1951 Conspiracy to Commit Money laundering. Discovery is ongoing and Trial is Set.. The US despite a written proffer by Mr., Gong and repeated requests of this counsel, no indication of a plea agreement acceptable to S has been transmitted to Counsel. From my discussions with US Probation in NDILL and CDCA and Pre Trial in NDILL is that Mr. Gong qualifies for Diversion through

1

the CASA program and the next step, is for me to send s Mr. Bradley Benedetto a Draft Diversion Order. As instructed by Pre Trial I took their template and Mr. Benedetto refuses to receive it, By the Status Conference , I expect the United States to be able to report to the Court if it has any objections to diversion. I cannot conceive of any but the ball is in the US Court Should that not resolve this case, Counsel requests US to agree to a formal Settlement Conference

### III FACTS

Mr. Gong was born in Tianshan City, Guangdong Province, People's Republic of China. Mr. Gong does not understand English for purposes of Court appearances and legal representation. Mr. Gong did graduate from High School in Chicago and at Northeastern-studied English, science, literature, math, computer-sciences with no business classes or expertise in banking or commercial, even retail areas. A day laborer waiter who has a  High School Degree. Not some sophisticated banker or operator for a cartel.  Chicago.

Mr. Gongs employment history was a restaurant waiter at Kenkee Chinese Restaurant 2129 S. China Place at Chicago 2008-2011. He made $500 a week. He next worked at Kowloon Restaurant $500 a week and made money as a non-inion laborer on Construction site. Mr. Gong did file all necessary returns with IRS  and  filed IRIS returns in 2015, 2016 .2017 and 2018.

The maximum term for violation of money laundering 18 USC 1952 (20) years and USSG sentencing guideline for offense in excess of $400,000. USD base offense level 6 plus 18 for amount equals 24 or 51-63 months in prison. See attachments 1,2,3

Even on S September 13 2020,it was already apparent that Demidchick had lost all paper and electronic files repeated an subjected Mr. Gong and numerous other defeats to 4 or 5 different counsel during the course of a criminal proceeding  I complained to MS. Demidchick repeatedly  and advised her that her compliance with State Bar requirements was deficient . I specifically advised her not to take any further money from any criminal defendants.

   I am contacting the State Bar of California and ask them to appoint an Attorney Trustee in this District to collect all the property and files of Mr. Gong and other clients.  I am not a fortune teller, But I could have predicted that Mr. Gong and every other criminal defendant Mr.  Rapel I represented while employed by Demidchick would be prejudiced; unless Mr. Rapel and I took extraordinary remedial steps;. We have. Yet, the carnage continues, Apparently Demidchick took an armed robbery case in Superior Court for a $50,000.00 retainer in Victorville without telling the client there were no California licnesd counsel employed by her firm .

Gave Mr. Gong a chance to appear in person and all will come out well for Mr. Gong.

This will allow the Court to freely inquire with all counsel and with the Court through a Court appointed interpreter so the Court may be sure he understands and exercises his right to effective assistance of counsel with informed consent. Mr. Gong is unsophisticated easily intimidated by the legal system and sometimes questions needs to be repeated. Mr. Gong is a cooperative client and pleasant gentleman and I am pleased to continue my reescalation of him if he so desires, If not, this Counsel has cases to Attend to.. Mr. Gong rights and choice need be respected. What are they?

RESPECTFULLY SUBMITTED March 18, 2020

<u>S/S</u>

<u>L. STEVEN GOLDBLATT</u>

CERTIFICATE OF SERVICE

The foregoing Status Conference Statement was served by means of an operating CM-ECF NEXT GENERATION filing system on all counsel of record via electronic service.

S/S Dated March 18, 2020

     S/S Electronic Signature

Lewis Steven Goldblatt