A. CARLEY PALMER (Cal. Bar No. 307303)
Assistant United States Attorney, Crim Appeals Section
312 N. Spring Street, 10th Floor, Los Angeles, CA 90012
Phone: 213-894-0282 / Facsimile: (213) 894-0142
Email: carley.palmer@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 18-335-AB |
| v. | |
| JOSE LEONEL PAYAN CASTILLO, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Pleading; Government's Ex Parte Application For Order Sealing Document; Declaration Of A. Carley Palmer; [Proposed] Order Sealing Document.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 6, 2020
Date

A. CARLEY PALMER
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*